Geisman & Musliner, a Domestic Corporation, Respondent, v. Samuel Haber and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Richard Moore. The People of the State of New York v. Henry Silverman and Another.— Motions denied on terms stated in orders.

Metropolitan Printing Company v. Mallard Distilling Company.— Motion granted with ten dollars costs.

Howard Slade and Another v. Elbert A. Bennett.— Motion denied on terms stated in order.

Celestine A. Dickey v. George B. Goldschmidt.— Motion granted, with ten dollars costs.

The People of the State of New York v. Federal Bank of New York.— Motion to dismiss denied on terms stated in order.

In the Matter of Knights of Pythias.— Motion granted, with ten dollars costs.

James H. Parker and Others v. Robert K. Wright.— Motion granted, with ten dollars costs.

In the Matter of Clarence A. Sears v. Elmer E. Hawes.— Motion granted, with ten dollars costs.

In the Matter of Charles M. Oelrichs.— Motion granted, without costs.

William Strauch v. Pennsylvania, New York and Long Island Railroad Company.— Motion granted, unless appellant have appeal ready for June term.

James Madden v. William Bulloch. Joseph Spitz v. Taxicab Company. Lee G. Lawrence v. E. A. Denham Company. Lee G. Lawrence v. E. A. Denham Company. John Lutz v. Philip Kalmus. Adolph Schwartz v. Annie Smoke. John C. Dowling v. Miller Realty Company.— Applications denied, with ten dollars costs in each case. Order signed.

Mary J. Woolf v. James A. Woolf.— Motion denied, with ten dollars costs.

Electro Tint Engraving Company v. American Handkerchief Company.— Motion denied, with ten dollars costs.

Josephine McKane v. The New York Central and Hudson River Railroad Company.— Motion denied, with ten dollars costs.

Anna G. M. Webster v. Columbian Life Insurance Company.— Motion granted; questions certified.

Howard Slade v. Frank Squier and Another.— Motion granted on conditions stated in memorandum per curiam. Settle order on notice.

Wading River Company v. Gilbert E. Loper.— Motion denied. Settle order on notice.

J. M. Loeser Manufacturing Company v. Auto Car Equipment Company.— Motion granted on conditions stated in memorandum per curiam. Settle order on notice.

The People of the State of New York v. Federal Bank of New York.— Application granted on conditions stated in memorandum per curiam. Settle order on notice.